UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NANCY K. TAYLOR and JAMES M. RAYL,

    Petitioners/Plaintiffs,

v.

Case No. 5:23-cv-00442

CITRUS COUNTY, a political subdivision of the State of Florida municipal corporation,

    Respondent/Defendant.

## RESPONDENT/DEFENDANT'S NOTICE OF REMOVAL

Respondent/Defendant, pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1367, 28 U.S.C. § 1441, 28 U.S.C. § 1446, and Local Rules 1.02 and 4.02, removes this action to federal court as follows:

1.    Petitioners/Plaintiffs commenced this action in the Circuit Court of the Fifth Judicial Circuit, in and for Citrus County, Florida, under case number 2023-CA-000860.  Dk. 1-1, Petition for Writ of Certiorari and Complaint for Damages ("Petition/Complaint").

2.    The Petition/Complaint asserts the following counts and claims: "Petition for Writ of Certiorari" (Count I); "Claim for Damages Pursuant to Civil Rights Act, 42 U.S.C. § 1983, Equal Protection" (Count II); "Claim for Declaratory Judgment" (Count III); and "Claim for Injunctive Relief" (Count IV).

3. On June 26, 2023, Respondent/Defendant was served with the Petition/Complaint. Dk. 1-3, p. 235.

4. As the Petition/Complaint asserts an Equal Protection claim under the Fourteenth Amendment of the United States Constitution, this Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441, as this dispute raises a federal question.

5. Pursuant to 28 U.S.C. §1367 and 28 U.S.C. §1441, this Court has jurisdiction to determine the state law issues raised in the Petition/Complaint, which are related to the federal claim Petitioners/Plaintiffs assert under Count II.

6. Pursuant to 28. U.S.C. §144l, and Local Rules 1.02 and 4.02, removal is proper to the Ocala Division of the Middle District of Florida, as the state court action was filed in Citrus County.

7. In accordance with 28 U.S.C. §1446, this notice is timely as this matter is being removed within thirty (30) days of service of the Petition/Complaint upon Respondent/Defendant.

WHEREFORE, Respondent/Defendant removes this action to this Honorable Court.

Respectfully submitted this 16th day of July, 2023.

                    ROPER, P.A.

By: /s/ Dale A. Scott
     Dale A. Scott, Esq.
     Fla. Bar No. 568821
     dscott@roperpa.com
     ehemphill@roperpa.com
     2707 E. Jefferson St.
     Orlando, FL 32803
     Tel: 407-897-5150
     Fax: 407-897-3332
     Counsel for Citrus County

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via e-mail on this 16th day of July, 2023, to:

Jessica M. Icerman, Esq.
jicerman@stearnsweaver.com
rjgarcia@stearnsweaver.com
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
401 E. Jackson Street, Ste. 2100
Tampa, FL 33602
Counsel for Nancy K. Taylor and James M. Rayl

By: /s/ Dale A. Scott
     Dale A. Scott, Esq.